**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

David Boyd, Appellant.

Appellate Case No. 2013-002119

_____

Appeal From Beaufort County
Carmen T. Mullen, Circuit Court Judge

_____

Unpublished Opinion No. 2015-UP-148
Submitted February 1, 2015 – Filed March 18, 2015

_____

**APPEAL DISMISSED**

_____

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia, for Respondent.

_____

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and HUFF and WILLIAMS, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.